## THE STATE v. CRANE ET AL.

On *scire facias* against bail. Matter of practice.

Defendants were bail for one M'Neil, who had been indicted in the county of Bergen, for passing counterfeit Bank Notes, and had failed to appear according to the condition of his recognizance.

*Mr. Scudder* for the defendants in *scire facias*, read an affidavit stating that Mr. M'Neil had absconded from this state, and that it was reported and believed that he had died somewhere in the state of Ohio. Upon this affidavit, he moved to stay proceedings on the *scire facias*.

*Attorney General, contra.*

BY THE COURT. The affidavit does not state whether M'Neil died before or after his bail became fixed : nor does it sufficiently appear that he is dead. Let the defendants appear to the *scire facias*, and plead the death of their principal, before their recognizance was forfeited, if such be the facts.

*Motion denied.*